■ PAUL J. SANFILIPPO et al., Appellants, v METROPOLITAN LIFE INSURANCE Co., Respondent.—In an action, *inter alia,* to recover damages for breach of contract, plaintiffs appeal from an order of the Supreme Court, Queens County, dated July 10, 1979, which, *inter alia,* granted defendant's cross motion to dismiss plaintiffs' cause of action for punitive damages. Order affirmed, with $50 costs and disbursements. The law is well settled that punitive damages are not recoverable for a mere breach of contract, for in such case only a private wrong, not a public right is involved *(Garrity v Lyle Stuart, Inc.,* 40 NY2d 354). The second cause of action is simply predicated upon a private breach of contract and does not seek to vindicate a public right. Furthermore, the allegations set forth in the complaint do not demonstrate that defendant, an insurer, has engaged " ' "in a fraudulent scheme evincing such 'a high degree of moral turpitude and * * * such wanton dishonesty as to imply a criminal indifference to civil obligations' " ' " (see *Hubbell v Trans World Life Ins. Co. of N. Y.,* 70 AD2d 949; *M. S. R. Assoc. v Consolidated Mut. Ins. Co.,* 58 AD2d 858). In addition, a demand for punitive damages does not constitute a separate cause of

action for pleading purposes. Mollen, P. J., Damiani, Gulotta and Cohalan, JJ., concur.